Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

*FILED JUL 07 2017 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

17 CV 6442

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** Full Name And Prisoner Number of Plaintiff: **NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Samuel J Saeli Inmate #35819
2. _____

-VS-

**B.** Full Name(s) of Defendant(s) **NOTE**: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. WIVB-TV
2. WNLO-TV
3. Nexstar Media Group
4. Perry A. Sook
5. Unknown WIVB-TV Employees/Reporters
6. The Village of Fredonia, NY

Please see attached sheets for additional Defendants

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Samuel J Saeli #35819

Present Place of Confinement & Address: Chautauqua County Jail, P.O Box 190, Mayville, NY 14757

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: WTVB-TV
(If applicable) Official Position of Defendant: CBS-affiliated television station owned and operated by Nexstar Media Inc
(If applicable) Defendant is Sued in  X  Individual and/or  X  Official Capacity
Address of Defendant: 2077 Elmwood Ave, Buffalo, NY 14207

Name of Defendant: WNLO-TV
(If applicable) Official Position of Defendant: Sister station of WTVB, owned and operated by Nexstar Media Inc
(If applicable) Defendant is Sued in  X  Individual and/or  X  Official Capacity
Address of Defendant: 2077 Elmwood Ave, Buffalo, NY 14207

Name of Defendant: Nexstar Media Group
(If applicable) Official Position of Defendant: Owner/operator of WTVB-TV and WNLO TV in Buffalo, NY
(If applicable) Defendant is Sued in  X  Individual and/or  X  Official Capacity
Address of Defendant: 545 East John Carpenter Freeway, Suite 700, Irving, Texas 75062

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes X    No ___

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): Samuel J. Saeli
   Defendant(s): Brad Meyers et al

2. Court (if federal court, name the district; if state court, name the county): U.S. District Court, Western District of New York
3. Docket or Index Number: 17-cv-06222
4. Name of Judge to whom case was assigned: The Honorable Siragusa

5. The approximate date the action was filed: April 11th, 2017
6. What was the disposition of the case?

    Is it still pending? Yes X   No ___

        If not, give the approximate date it was resolved. ___

    Disposition (check the statements which apply):

    ___ Dismissed (check the box which indicates why it was dismissed):

        ___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ___ By court for failure to exhaust administrative remedies;

        ___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ___ By court due to your voluntary withdrawal of claim;

    ___ Judgment upon motion or after trial entered for

        ___ plaintiff

        ___ defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes X   No ___

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): Samuel J Saeli

    Defendant(s): Hazleton et al

2. District Court: U.S District Court, Western District of New York
3. Docket Number: 17-CV-06223
4. Name of District or Magistrate Judge to whom case was assigned: The Honorable Siragusa
5. The approximate date the action was filed: 4/11/17
6. What was the disposition of the case?

    Is it still pending? Yes X   No ___

        If not, give the approximate date it was resolved. ___

Saeli v. WIVB

Ⓐ

B. Full Name(s) of Defendants Continued:

7. The Village of Fredonia, NY Police Department
8. Chautauqua County, NY
9. Chautauqua County District Attorney Office
10. Brad Meyers
11. Patrick Swanson
12. Andrew Molitar
13. Unknown owner/CEO of WIVB-TV & WNLO-TV

Defendants Information:

Name of Defendant: Perry A. Sook
(If applicable) Official Position of Defendant: CEO of Nexstar Media Group and owner of WIVB and WNLO.
(If applicable) Defendant is sued in  X  Individual and/or  X  Official Capacity.
Address of Defendant: 545 East John Carpenter Freeway, Suite 700 Irving, Texas 75062

Name of Defendant: Unknown WIVB Employees/Reporters
(If applicable) Official Position of Defendant: Employees of WIVB and Nexstar Media Group
(If applicable) Defendant is sued in  X  Individual and/or  X  Official Capacity
Address of Defendant: 545 East John Carpenter Freeway, Suite 700 Irving Tx 75062 or 2077 Elmwood Ave. Buffalo, NY 14207

Ⓑ

Saeli v. WIUB

Defendants Information Continued:

Name of Defendant: Chautauqua County District Attorney's Office
(If applicable) Official Position of Defendant: Legal entity within Chautauqua County, NY
(If applicable) Defendant is sued in X Individual and/or Official Capacity
Address of Defendant: 1 North Erie Street; Mayville, NY 14757.

Name of Defendant: Patrick Swanson
(If applicable) Official Position of Defendant: Chautauqua County District Attorney
(If applicable) Defendant is sued in X Individual and/or Official Capacity
Address of Defendant: 1 North Erie Street; Mayville, NY 14757

Name of Defendant: Andrew Molitar
(If applicable) Official Position of Defendant: Assistant District Attorney in Chautauqua County
(If applicable) Defendant is sued in X Individual and/or Official Capacity
Address of Defendant: 1 North Erie Street; Mayville, NY 14757

Name of Defendant: Unknown owner/CEO of WIUB-TV & WNLO-TV
(If applicable) Official Position of Defendant: Owner/CEO of WIVB-TV and WNLO-TV
(If applicable) Defendant is sued in X Individual and/or X Official Capacity
Address of Defendant: 2077 Elmwood Ave. Buffalo, NY 14207

Defendants Information Continued:

Name of Defendant: The Village of Fredonia, NY
(If applicable) Defendant is sued in  X  Individual and/or  X  Official Capacity
(If applicable) Official Position of Defendant: Employer of Brad Meyers
Address of Defendant: 9 Church St., Fredonia, NY 14063

Name of Defendant: The Village of Fredonia, NY Police Department
(If applicable) Official Position of Defendant: Law Enforcement Agency of the Village of Fredonia, NY
(If applicable) Defendant is sued in  X  Individual and/or  X  Official Capacity
Address of Defendant: 9 Church St., Fredonia, NY 14063

Name of Defendant: Brad Meyers
(If applicable) Official Position of Defendant: Chief of Police of the Village of Fredonia, NY
(If applicable) Defendant is sued in  X  Individual and/or  X  Official Capacity
Address of Defendant: 9 Church St., Fredonia, NY 14063

Name of Defendant: Chautauqua County, NY
(If applicable) Official Position of Defendant: Employer of Patrick Swanson and Andrew Molitar
(If applicable) Defendant is sued in  X  Individual and/or  Official Capacity
Address of Defendant: 1 North Erie Street, Mayville, NY 14757

4. Previous Lawsuits in state and Federal Court

B. Have you begun any other lawsuits in federal court which relate to your imprisonment? Yes X  No __

1. Name(s) of the parties to this lawsuit:
    Plaintiff(s): Samuel J Saeli
    Defendant(s): ~~____~~ D'agostino et al

2. Court (if federal court, name the district; if state court, name the county): US District Court, Western District of New York

3. Docket or Index Number: 17-cv-06219

4. Name of Judge to whom case was assigned: The Honorable Siragusa

5. The approximate date the action was filed: 4/11/2017

6. What was the disposition of the case?
       Is it still pending? Yes X  No __

Ⓔ Saeli v. WIVB

4. Previous Lawsuits in State and Federal Court

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
  Yes X  No __

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): Samuel J Saeli
   Defendant(s): Chautauqua County et al

2. Court (if federal court, name the district; if state court, name the county): US District Court, Western District of New York

3. Docket or Index Number: 17-cv-06221

4. Name of Judge to whom case was assigned: The Honorable Siragusa

5. The approximate date the action was filed: 4/11/17

6. What was the disposition of the case?
   Is it still pending? Yes X  No __

Saeli v. WIVB

①

A. First Claim: On (date of the incident) On or about August 16th 2016 - Present

defendant (give the name and position held of each defendant in this incident): WIVB-TV, television station in Buffalo, NY; WNLO-TV, television station in Buffalo, NY; Nexstar Media Group, owner and operator of WIVB TV and WNLO-TV; Perry Sook, CEO of Nexstar Media Group; The Village of Fredonia, NY, Employer of Brad Meyers; Brad Meyers, Village of Fredonia NY, Chief of Police; Village of Fredonia, NY Police Department, Law enforcement agency in Fredonia, NY; Chautauqua County, NY, employer of Patrick Swanson and Andrew Molitar; Chautauqua County District Attorneys Office; Patrick Swanson, then acting District attorney, now district attorney in Chautauqua County, NY; Andrew Molitar, assistant district attorney of Chautauqua County, NY.

did the following to me (briefly state what each defendant named above did: WIVB, WNLO and Nexstar Media Group, under the control and authority of CEO Perry Sook did diseminate, report on its news broadcast and publish and share on its website and social media sites, with a reach and audience extending beyond the Buffalo, NY market and into other states and countries, false, defamatory libelous, slanderous, inaccurate, incomplete, unproven and unsubstantiated information regarding the false arrest of Plaintiff and received from the Village of Fredonia, NY; The Village of Fredonia NY Police Department; Brad Meyers, Chautauqua County, NY; The Chautauqua County District Attorney's office; Chautauqua District Attorney Patrick Swanson and assistant district attorney Andrew Molitar such information via press release. This press release was sent to WIVB-TV; WNLO-TV and

Saeli v. WIVB

Nexstar Media Group and certain staff/reporters on WIVB-TV and acted in a capacity and under the direction and authority and consent of its owners and CEO and was reported as factual with little to no inquiry or questioning of such "facts" and "information" with no attempt to reach out to or contact Plaintiff concerning such allegations. The false, misleading, slanderous, libelous, and defamatory content and information about Plaintiff is still available to any person, group, employee, etc to view and share with other people (not only in Western, NY but in other states, and countries via WIVB's website and social media) with no disclaimer or disclosure relating to the appropriate use of language and conduct of its users and visitors commenting on their news stories, articles and posts and no disclosure or disclaimer that such information should not be used to threaten, harass, annoy, or alarm Plaintiff and that anyone accused of a crime, specifically the Plaintiff, does have rights, specifically a right to a trial and that anyone, specifically the Plaintiff is innocent until proven guilty in a court of law. As such, there were also no regulations, standards, oversight and management of comments on the sites operated and controlled by Defendants on the story related to Plaintiff that were placed on WIVB's social media accounts and website which were directed at Plaintiff and were threatening, alarming, annoying, and harassing and placed Plaintiff in fear of his life, safety and well being and causing Plaintiff to suffer undue fear, stress, emotional distress and anxiety and depression.

A. Second Claim: Upon Plaintiff receiving information regarding the false, inaccurate, misleading, incomplete, unsubstantiated, libelous, slanderous defamatory, and unproven information that WIVB, WNLO, Nexstar Media Group and CEO Perry Sook did report, publish, and disseminate such false, misleading,



Saeli v. WIUB

### A. Second Claim Continued:

incomplete, unsubstantiated and unproven information, Plaintiff did write the Station manager at WIUB-TV at 2077 Elmwood Ave, in Buffalo, NY, that the complete story, including my side of the event be told and I requested an interview with WIUB-TV, not only to allow for the telling of my side of the event (information which they deliberately and conveniently left out of their stories and postings about Plaintiff, but also to correct such false, inaccurate, misleading, slanderous, libelous, defamatory, incomplete, unsubstantiated and unproven information reported and posted in a negligent, unprofessional and incompetent manner by Defendants and diseminated by Defendants via Defendants website and social media. Plaintiff's letter and request was ignored by Defendants

### A. Third Claim Continued.

Defendants did create a social media account(s) and do operate and control their social media sites and websites. Through defendants social media and website, Defendants do report, publish, post and diseminate articles and information they deem newsworthy which are read, downloaded and shared by other users both locally and across state lines, but also internationally as well. The content of Defendants website and social media can be shared and/or reposted by users and/or visitors to their sites. Users and visitors can also post their own comments on Defendants website and social media. The formats of such sites and comments posted by users and visitors is operated and controlled by WIUB and Nexstar Media Group with no rules, standards or disclosures regulating the conduct or language of the users/visitors visiting Defendant's sites, thus there were no restrictions of what users/visitors could say regarding their comments on articles related

A. Third Claim Continued
to Plaintiff. Defendants oversaw and posted, published and distributed such articles that were false, inaccurate, defamatory, slanderous, libelous and misleading and allowed such users/visitors to post comments on their website and social media sites that were false, vulgar, threatening, harassing, alarming, derogatory and annoying towards Plaintiff and placed Plaintiff in fear of his life safety and well being and did cause Plaintiff to suffer undue stress, emotional distress and anxiety, and depression

The constitutional basis for this claim under 42 U.S.C subsection 1983 is: Including, but not limited to Eighth and Fourteenth U.S constitutional rights, civil rights violations and F.C.C violations

The relief I am seeking for this claim is (briefly state the relief sought): I am seeking $20 million dollars in damages from Defendants due to their deliberate indifference to my life, safety and well being and indifference to my federal, civil and constitutional rights and the fact that Defendants nurtured and promoted a hostile environment towards Plaintiff.

Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ___Yes _X_No If yes, what was the result?

Did you appeal that decision? ___Yes _X_No If yes, what was the result?

If you did not exhaust your administrative remedies, state why you did not so: This is not a grievable issue but involves entities and people relevant to violations of rights incurred by Plaintiff from Defendants

**A. FIRST CLAIM:** On (date of the incident) On or about August 16th 2016 – Present,
defendant (give the **name and position held** of **each defendant** involved in this incident) WIVB TV, a television news station in Buffalo, NY; WNLO-TV, the sister news station of WIVB-TV; Nexstar Media Group; owner and operator of WIVB-TV; Perry Sook, CEO of Nexstar Media Group; The Village of Fredonia, NY; The Village of Fredonia, NY Police Department; Brad Meyers, Chief of Police; Chautauqua County, NY; Chautauqua County District Attorney Office
did the following to me (briefly state what each defendant named above did): WIVB-TV; WNLO-TV and Nexstar Media Group, under the control and authority of CEO Perry Sook did disseminate, report on its news broadcasts and publish and share on its website and social media sites, with a reach and audience extending beyond the Buffalo, NY market and into other counties, states, and countries false, defamatory, libelous, slanderous, inaccurate, incomplete, unproven and unsubstantiated information regarding the false arrest of Plaintiff and received from the Village of Fredonia, NY; The Village of Fredonia, NY Police Department; Brad Meyers; Chautauqua County, NY; The Chautauqua County District Attorneys office

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Including, but not limited to: Eighth and Fourteenth U.S constitutional rights, civil rights violations and F.C.C violations

The relief I am seeking for this claim is (briefly state the relief sought): Due to the deliberate indifference to the constitutional and civil rights of Plaintiff and due to the fear, emotional distress and anxiety and Defendants nurtured and created an environment where threats, lies, harassment and other such comments were made directed towards Plaintiff, Plaintiff is seeking $15 million dollars in damages.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ___ Yes  X  No   If yes, what was the result? This is not a grievable Jail issue, but involves entities and people relevant to violations incurred by Plaintiff

Did you appeal that decision? ___ Yes  X  No   If yes, what was the result? This is not a grievable Jail issue, but involves entities and people relevant to violations incurred by Plaintiff

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: This is not a grievable issue, but involves entities and people relevant to violations incurred by Plaintiff, but Defendants did operate with and in conjunction with the Village of Fredonia, NY; The Village of Fredonia Police Department; Brad Meyers; Chautauqua County, NY; Patrick Swanson and Andrew Molitar.

---

**A. SECOND CLAIM:** On (date of the incident) On or about September 24th 2016,
defendant (give the **name and position held** of **each defendant** involved in this incident) WIVB-TV; WNLO-TV; Nexstar Media Group; Perry Sook, CEO; WIVB-TV and WNLO-TV Station Manager; Unknown employees/reporters of WIVB-TV

5

did the following to me (briefly state what each defendant named above did): Upon receiving information regarding the false, inaccurate, misleading, incomplete, unsubstantiated, libelous, slanderous, defamatory and unproven information that WIVB, WNLO, Nexstar Media Group and CEO Perry Sook did report, publish and disseminate such false, misleading, incomplete, unsubstantiated and unproven information, Plaintiff did write the station manager at WIVB-TV at 2077 Elmwood Ave in Buffalo, NY that the complete story, including my side of the event be told and I requested an interview with WIVB-TV not only to allow for the telling of my side of the event, information which they deliberately and conveniently left out of their stories and postings (Please see attached sheet for more information)

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Including, but not limited to Eighth and Fourteenth U.S Constitutional rights, civil rights violations and FCC Violations.

The relief I am seeking for this claim is (briefly state the relief sought): I am seeking $5 million dollars in damages due to their deliberate indifference to my life, safety and well being and indifference to my federal, civil and constitutional rights

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ___ Yes  _X_ No   If yes, what was the result? ___

Did you appeal that decision? ___ Yes  _X_ No   If yes, what was the result? ___

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: This is not a grievable issue but involves entities and people relevant to violations of rights incurred by Plaintiffs from Defendants

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I am seeking in total $40 million dollars in compensatory, nominal and punitive damages due to the hostile environment Defendants nurtured and promoted against me, there deliberate indifference to the life safety and well being of Plaintiff and their disregard to the civil, state and Constitutional rights as evidenced in the false information broadcast, published and posted on Defendants website and social media sites. I am also seeking Declatory and injunctive relief against Brad Meyers, Patrick Swor and Andrew Molitt

Do you want a jury trial? Yes _X_  No ___

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___6/17/17___
                 (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Samuel J. Sack_ (signature)

Signature(s) of Plaintiff(s)

# Inmate Activity Log
## Saeli, Samuel J

| Print Date/Time: | 06/14/2017 10:07 | From Date: | 08/17/2016 00:00 | | | ORI Number: |
|---|---|---|---|---|---|---|
| Login ID: | ccsolsd579 | To Date: | 12/31/2016 23:59 | | | |
| Booking | 2016-00001738 | | | | | |

| Date/Time | Category | Activity Type | Sub Type | Officer | Score | Results Entered By | Status |
|---|---|---|---|---|---|---|---|
| 09/30/2016 02:36 | Contact | Contact | mail | 5074 - Veres | | | |
| Narrative: Damans Vargas -  MediaType: Letter - InOut: In - Quantity: 1 ||||||||
| 10/02/2016 03:19 | Contact | Contact | mail | 5107 - Pulci | | | |
| Narrative: damaris vargas - 49 w 6th st dunkirk ny 14048 MediaType: Letter - InOut: In - Quantity: 1 ||||||||
| 10/03/2016 00:08 | Contact | Contact | mail | 5107 - Pulci | | | |
| Narrative: American civil liberties - po box 475 niagara square station buffalo ny 14201 MediaType: Letter - InOut: Out - Quantity: 1 ||||||||
| 10/03/2016 00:08 | Contact | Contact | mail | 5107 - Pulci | | | |
| Narrative: legal action center - 153 waverly place new york ny 10014 MediaType: Letter - InOut: Out - Quantity: 1 ||||||||
| 10/03/2016 00:08 | Contact | Contact | mail | 5107 - Pulci | | | |
| Narrative: WIVB news channel - 2077 elmwood ave buffalo ny 14207 MediaType: Letter - InOut: Out - Quantity: 1 ||||||||
| 10/03/2016 15:40 | Contact | Contact | mail | 5046 - DiDomenico | | | |
| Narrative: PACKAGE PREMIER BOOKS - (2) SOFT COVERED BOOKSALEMS LOT & HE CAME TO SET CAPTIVES FREE . PLACED IN PROPERTY . OVER LIMIT. MediaType: Package - InOut: In - Quantity: 1 ||||||||
| 10/04/2016 01:45 | Contact | Contact | mail | 5062 - Abel | | | |
| Narrative: Devonte Chandler - CCJ MediaType: Letter - InOut: Out - Quantity: 1 ||||||||
| 10/06/2016 02:04 | Contact | Contact | mail | 5074 - Veres | | | |
| Narrative: Damans Vargas - x2 MediaType: Letter - InOut: In - Quantity: 1 ||||||||
| 10/06/2016 02:05 | Contact | Contact | mail | 5074 - Veres | | | |
| Narrative: Roseanne & Stanley Saeli -  MediaType: Letter - InOut: In - Quantity: 1 ||||||||
| 10/06/2016 23:18 | Contact | Contact | mail | 5034 - Bryant | | | |
| Narrative: damaris vargas -  MediaType: Letter - InOut: Out - Quantity: 1 ||||||||
| 10/06/2016 23:18 | Contact | Contact | mail | 5034 - Bryant | | | |
| Narrative: national employment law - national employment law project inc. MediaType: Letter - InOut: Out - Quantity: 1 ||||||||
| 10/06/2016 23:20 | Contact | Contact | mail | 5034 - Bryant | | | |
| Narrative: devonte chandler - CCJ MediaType: Letter - InOut: Out - Quantity: 1 ||||||||
| 10/06/2016 23:20 | Contact | Contact | mail | 5034 - Bryant | | | |



United States District Court
For the Western District of New York
68 Court St.
Buffalo, NY 14202

To the Western District Court of New York:

Enclosed, please find for your review and filing seven (7) lawsuits for filing. I had previously filed lawsuits with this Court under index numbers 17-CV-6219; 17-CV-6220; 17-CV-6221; 17-CV-6222. I don't have access to any legal resources or an adequate law library, but this paper work includes seven (7) 42 U.S.C subsection 1983 complaint forms; seven (7) civil cover sheets; seven (7) In Forma Pauperis; seven (7) Inmate Authorizations and seven (7) Requests for the appointment of counsel. Additionally, with the City of Lackawanna, I have included the New York State Division of Criminal Justices Services, the Cycle 9 of an arrest that occurred in 2012 and settled in 2012 [I've also included the Certificate of Conviction/Disposition] but the matter was unresolved and left open on the Report from the New York State Division of Criminal Justice Services as the City Court of Lackawanna never reported the final disposition to New York State. I've also included ~~[redacted]~~ with my complaints against WKBW, WGRZ, and WIVB my jail house mail log showing when I wrote to those stations requesting that the truth, including my side of the event be told. All three stations ignored my letter and never replied, allowing the story to be told biasly and falsely.

I am still incarcerated at the Chautauqua County jail, so please continue to send any future correspondance to the address below.

Sincerely,
Samuel J Sael; P.O. Box 190    Inmate # 35819
Mayville, NY 14757



United States District Court
For the Western District of New York
68 Court St.
Buffalo, NY 14202

Samuel J Saeh
P.O Box 190
Mayville, NY 14757





JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Samuel J Saeli

**DEFENDANTS**
WIVB-TV; WNLO-TV; Nexstar Media Group; Perry A. Sook; Unknown WIVB-TV Employees/Reporters; The Village of Fredonia, NY; The Village of Fredonia, NY Police Department; Chautauqua County NY; Chautauqua County District Attorney office; Brad Meyers; Patrick Swanson; Andrew Molitor

(b) County of Residence of First Listed Plaintiff: Chautauqua
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Erie County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*: Pro Se, P.O. Box 190, Mayville, NY 14757

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [X] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [X] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [X] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [X] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 U.S.C. Subsection 1983

Brief description of cause: Nurturing and promoting a hostile environment towards Plaintiff; Receiving, reporting and disseminating false, inaccurate, slanderous, libelous and untrue defamatory information about Plaintiff

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $: 40 million Dollars
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____