United States District Court
WESTERN DISTRICT OF NEW YORK

Samuel J. Saeli

v.

WKBW News Channel 7 et al.,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 17-CV-6438, 17-CV-6439, 17-CV-6440, 17-CV-6441 & 17-CV-6442

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice.

Date: November 15, 2017

MARY C. LOEWENGUTH
CLERK OF COURT

By: Barbara Keenan
Deputy Clerk